| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2023 to 07/31/2024
**Chapter 13 Case No. 24-12152-AMC**

Selma E. Garrett
7317 Malvern Avenue
Philadelphia  PA    19151-2210

Petition Filed Date: 06/24/2024
341 Hearing Date: 08/09/2024
Confirmation Date:

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 07/25/2024 | $855.00 | | | | | | | |

**Total Receipts for the Period: $855.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $855.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 1 | DISCOVER BANK<br>»» 001 | Unsecured Creditors | $9,548.55 | $0.00 | $0.00 |
| 2 | WELLS FARGO BANK NA<br>»» 002 | Mortgage Arrears | $7,209.36 | $0.00 | $0.00 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES<br>»» 003 | Unsecured Creditors | $3,417.15 | $0.00 | $0.00 |
| 4 | PHILADELPHIA GAS WORKS<br>»» 004 | Unsecured Creditors | $266.30 | $0.00 | $0.00 |
| 5 | RESURGENT RECEIVABLES LLC<br>»» 005 | Unsecured Creditors | $3,558.96 | $0.00 | $0.00 |
| 6 | RESURGENT RECEIVABLES LLC<br>»» 006 | Unsecured Creditors | $281.04 | $0.00 | $0.00 |
| 7 | AMERICAN EXPRESS NATIONAL BANK<br>»» 007 | Unsecured Creditors | $6,088.92 | $0.00 | $0.00 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC<br>»» 008 | Unsecured Creditors | $3,086.40 | $0.00 | $0.00 |
| 9 | ARDENT CREDIT UNION<br>»» 009 | Unsecured Creditors | $6,678.39 | $0.00 | $0.00 |
| 10 | WELLS FARGO BANK NEVADA NA<br>»» 010 | Unsecured Creditors | $8,064.85 | $0.00 | $0.00 |
| 11 | CHASE BANK USA NA<br>»» 011 | Unsecured Creditors | $4,346.64 | $0.00 | $0.00 |
| 12 | HILTON RESORTS CORPORATION<br>»» 012 | Secured Creditors | $3,439.76 | $0.00 | $0.00 |

**Chapter 13 Case No. 24-12152-AMC**

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2024:

| | | | |
|---|---|---|---|
| Total Receipts: | $855.00 | Current Monthly Payment: | $855.00 |
| Paid to Claims: | $0.00 | Arrearages: | $855.00 |
| Paid to Trustee: | $85.50 | Total Plan Base: | $51,300.00 |
| Funds on Hand: | $769.50 | | |

**NOTES:**

- **PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/** for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.