United States Bankruptcy Court

Eastern District of Pennsylvania

In re: | Case No. 24-12152-amc
Selma E. Garrett | Chapter 13
Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2 | User: admin | Page 1 of 4
Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 49

The following symbols are used throughout this certificate:

| Symbol | Definition |
|---|---|
| + | Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP. |
| ^ | Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036. |

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 17, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Selma E. Garrett, 7317 Malvern Avenue, Philadelphia, PA 19151-2210 |
| 14914653 | + | Ardent Credit Union, c/o Christopher A. DeNardo, Esq., 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 14900124 | | Hilton Resorts Corp, Attn: Bankruptcy, 2711 Centerville Rd, Wilmington, DE 19808-1660 |
| 14900130 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14900132 | + | Sb1 Federal Credit Unio, 1601 Cherry St, Philadelphia, PA 19102-1320 |
| 14902091 | + | Wells Fargo Bank, N.A., C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 6

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| 14913338 | | Email/PDF: bncnotices@becket-lee.com | May 16 2025 00:52:31 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14900111 | | Email/PDF: bncnotices@becket-lee.com | May 16 2025 00:28:02 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14913577 | + | Email/Text: membersolutions@ardentcu.org | May 16 2025 00:29:00 | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia, PA 19102-1305 |
| 14900112 | | Email/Text: BarclaysBankDelaware@tsico.com | May 16 2025 00:29:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14900118 | | Email/Text: megan.harper@phila.gov | May 16 2025 00:29:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14926478 | | Email/Text: megan.harper@phila.gov | May 16 2025 00:29:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14900113 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | May 16 2025 00:39:46 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14900114 | + | Email/PDF: ais.chase.ebn@aisinfo.com | May 16 2025 00:39:26 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14900115 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:39:45 | Citibank, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900116 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 01:24:18 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900117 | | Email/PDF: Citi.BNC.Correspondence@citi.com | May 16 2025 00:39:00 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900119 | | Email/Text: bankruptcy@philapark.org | May 16 2025 00:29:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |

Case 24-12152-amc    Doc 42    Filed 05/17/25    Entered 05/18/25 00:34:26    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 49 |

| Recipient ID | | Delivery Method | Date/Time | Name/Address |
|---|---|---|---|---|
| 14900120 | + | Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | May 16 2025 00:29:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14900121 | | Email/Text: mrdiscen@discover.com | May 16 2025 00:29:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14904404 | | Email/Text: mrdiscen@discover.com | May 16 2025 00:29:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14900122 | ^ | MEBN | May 16 2025 00:21:11 | Emblem Card, Attn: Bankruptcy, PO BOX 89210, Sioux Falls, SD 57109-9210 |
| 14900123 | + | Email/Text: GSBankElectronicBankruptcyNotice@gs.com | May 16 2025 00:29:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14918375 | + | Email/Text: bankruptcy@hgv.com | May 16 2025 00:29:00 | Hilton Resorts Corporation, 6355 Metrowest Blvd., Suite 180, ORLANDO, FL 32835-7606 |
| 14900125 | | Email/Text: sbse.cio.bnc.mail@irs.gov | May 16 2025 00:29:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14913506 | | Email/Text: JCAP_BNC_Notices@jcap.com | May 16 2025 00:29:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14916968 | + | Email/Text: RASEBN@raslg.com | May 16 2025 00:29:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14919468 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:38:29 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900126 | | Email/Text: fesbank@attorneygeneral.gov | May 16 2025 00:29:00 | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14900129 | ^ | MEBN | May 16 2025 00:21:01 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14909901 | | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | May 16 2025 00:39:35 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14900127 | | Email/Text: RVSVCBICNOTICE1@state.pa.us | May 16 2025 00:29:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14900128 | ^ | MEBN | May 16 2025 00:21:13 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14900131 | | Email/Text: bankruptcy@philapark.org | May 16 2025 00:29:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14913039 | | Email/PDF: resurgentbknotifications@resurgent.com | May 16 2025 00:28:02 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900133 | | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:27:34 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900134 | + | Email/PDF: ais.sync.ebn@aisinfo.com | May 16 2025 00:28:01 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900135 | ^ | MEBN | May 16 2025 00:21:05 | Telecom Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14900136 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | May 16 2025 00:29:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14900137 | ^ | MEBN | May 16 2025 00:20:51 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14900138 | ^ | MEBN | May 16 2025 00:20:41 | Utility Self-reported, Po Box 4500, Allen, TX |

| Recipient | | Delivery | Date/Time | Address |
|---|---|---|---|---|
| | | | | 75013-1311 |
| 14900139 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com May 16 2025 00:29:00 | | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14900140 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 16 2025 00:39:32 | | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14902092 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com May 16 2025 00:39:35 | | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |
| 14914866 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com May 16 2025 01:34:30 | | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14908762 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 16 2025 00:39:32 | | Wells Fargo Bank, N.A., Atty: BK Dept. MAC# N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14900141 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com May 16 2025 00:38:30 | | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |
| 14900142 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 16 2025 01:24:18 | | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |
| 14900143 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com May 16 2025 00:39:24 | | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |

TOTAL: 43

# BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

# NOTICE CERTIFICATION

I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

Date: May 17, 2025        Signature:    /s/Gustava Winters

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 15, 2025 at the address(es) listed below:

| Name | Email Address |
|---|---|
| CHRISTOPHER A. DENARDO | on behalf of Creditor Ardent Credit Union logsecf@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Selma E. Garrett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.co |

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 4 of 4 |
| Date Rcvd: May 15, 2025 | Form ID: 155 | Total Noticed: 49 |

                m;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com

SCOTT F. WATERMAN [Chapter 13]
                ECFMail@ReadingCh13.com

United States Trustee
                USTPRegion03.PH.ECF@usdoj.gov

TOTAL: 5

*Form 155* (2/24)

# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| IN RE:<br>   Selma E. Garrett<br><br>   Debtor(s). | )<br>)<br>)<br>)<br>)<br>)<br>) | Case No. 24−12152−amc<br><br><br>Chapter: 13 |

## ORDER CONFIRMING PLAN UNDER CHAPTER 13

    **AND NOW**, upon consideration of the plan submitted by the debtor under chapter 13 of title 11 U.S.C. and the standing trustee's report which has been filed; and it appearing that:

    **A.** a meeting of creditors upon notice pursuant to 11 U.S.C. 341 (a) and a confirmation hearing upon notice having been held;

    **B.** the plan complies with the provisions of 11 U.S.C. 1322 and 1325 and with other applicable provisions of title 11 U.S.C.;

    **C.** any fee, charge or amount required under chapter 13 of title 28 or by the plan, to be paid before confirmation, has been paid;

**WHEREFORE**, it is **ORDERED** that the plan is **CONFIRMED**.

Date: May 15, 2025

For The Court

Ashely M. Chan
Chief Judge, United States Bankruptcy Court