| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Scott F. Waterman, Trustee | Scott F. Waterman, Trustee |
| 2901 St. Lawrence Avenue, Suite 100 | P.O. Box 680 |
| Reading, PA  19606 | Memphis, TN  38101-0680 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 08/01/2024 to 07/31/2025
### Chapter 13 Case No. 24-12152-AMC

Selma E. Garrett  
7317 Malvern Avenue  
Philadelphia  PA    19151-2210

Petition Filed Date: 06/24/2024  
341 Hearing Date: 08/09/2024  
Confirmation Date: 05/15/2025

Case Status: Open / Unconfirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 08/27/2024 | $500.00 | | 08/30/2024 | $355.00 | | 09/23/2024 | $355.00 | |
| 10/03/2024 | $500.00 | | 11/04/2024 | $300.00 | | 11/08/2024 | $555.00 | |
| 12/16/2024 | $400.00 | | 01/08/2025 | $400.00 | | 01/28/2025 | $400.00 | |
| 02/19/2025 | $400.00 | | 03/10/2025 | $400.00 | | 04/07/2025 | $400.00 | |
| 04/23/2025 | $400.00 | | 05/02/2025 | $416.00 | | 06/02/2025 | $416.00 | |
| 06/23/2025 | $416.00 | | 07/24/2025 | $416.00 | | | | |

**Total Receipts for the Period: $7,029.00   Amount Refunded to Debtor Since Filing: $0.00   Total Receipts Since Filing: $8,716.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | CIBIK LAW, PC | Attorney Fees | $3,725.00 | $3,725.00 | $0.00 |
| 1 | DISCOVER BANK  »» 001 | Unsecured Creditors | $9,548.55 | $0.00 | $9,548.55 |
| 2 | WELLS FARGO BANK NA  »» 002 | Mortgage Arrears | $7,209.36 | $3,852.27 | $3,357.09 |
| 3 | PORTFOLIO RECOVERY ASSOCIATES  »» 003 | Unsecured Creditors | $3,417.15 | $0.00 | $3,417.15 |
| 4 | PHILADELPHIA GAS WORKS  »» 004 | Unsecured Creditors | $266.30 | $0.00 | $266.30 |
| 5 | RESURGENT RECEIVABLES LLC  »» 005 | Unsecured Creditors | $3,558.96 | $0.00 | $3,558.96 |
| 6 | RESURGENT RECEIVABLES LLC  »» 006 | Unsecured Creditors | $281.04 | $0.00 | $281.04 |
| 7 | AMERICAN EXPRESS NATIONAL BANK  »» 007 | Unsecured Creditors | $6,088.92 | $0.00 | $6,088.92 |
| 8 | JEFFERSON CAPITAL SYSTEMS LLC  »» 008 | Unsecured Creditors | $3,086.40 | $0.00 | $3,086.40 |
| 9 | ARDENT CREDIT UNION  »» 009 | Unsecured Creditors | $6,678.39 | $0.00 | $6,678.39 |
| 10 | WELLS FARGO BANK NEVADA NA  »» 010 | Unsecured Creditors | $8,064.85 | $0.00 | $8,064.85 |
| 11 | CHASE BANK USA NA  »» 011 | Unsecured Creditors | $4,346.64 | $0.00 | $4,346.64 |
| 12 | HILTON RESORTS CORPORATION  »» 012 | Secured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | PORTFOLIO RECOVERY ASSOCIATES  »» 013 | Unsecured Creditors | $2,656.32 | $0.00 | $2,656.32 |

**Chapter 13 Case No. 24-12152-AMC**

| | | | | | |
|---|---|---|---|---|---|
| 14 | LVNV FUNDING LLC<br>»» 014 | Unsecured Creditors | $1,459.90 | $0.00 | $1,459.90 |
| 15 | RESURGENT RECEIVABLES LLC<br>»» 015 | Unsecured Creditors | $1,304.29 | $0.00 | $1,304.29 |
| 16 | CITY OF PHILADELPHIA (LD)<br>»» 016 | Secured Creditors | $104.58 | $55.88 | $48.70 |
| 17 | GOLDMAN SACHS BANK USA | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 18 | SB1 FEDERAL CREDIT UNION | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 19 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 20 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 21 | TELECOM SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 22 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 23 | UTILITY SELF REPORTED | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

## SUMMARY

Summary of all receipts and disbursements from date filed through 7/31/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $8,716.00 | Current Monthly Payment: | $832.00 |
| Paid to Claims: | $7,633.15 | Arrearages: | $432.00 |
| Paid to Trustee: | $689.73 | Total Plan Base: | $47,420.00 |
| Funds on Hand: | $393.12 | | |

**NOTES:**

- PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE!  Visit www.readingch13.com/payments/ for more information.

- Your case information is available to view online at the National Data Center. Please visit www.ndc.org.