# EXHIBIT A

GARRETT, SELMA    BK Filing Date: 06/24/24    First PP PmtDueDate/Amt: 07/01/24 / $1,252.17

| Post Petition Due Date | Classified Payment Amount Due | Date Funds Received | Transaction Amount Received | Date Funds Applied | Amount Applied To Principal | Amount Applied To Interest | Escrow Applied Disbursed | Amount Paid to Fees | Optional Insurance | Classified Total Amount Applied | Debtor Suspense Balance |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 07/01/24 | $1,252.17 | 08/01/24 | $1,231.86 | | | | | | | | $1,231.86 |
| 07/01/24 | $1,252.17 | 09/04/24 | $625.00 | 09/04/24 | $631.79 | $291.43 | $308.64 | | | $1,252.17 | $604.69 |
| | | 09/13/24 | $625.00 | | | | | | | | $1,229.69 |
| 08/01/24 | $1,252.17 | 10/11/24 | $650.00 | | | | | | | | $1,879.69 |
| | | 11/04/24 | $1,231.86 | 10/15/24 | $633.83 | $289.39 | $308.64 | | | $1,252.17 | $627.52 |
| 09/01/24 | $1,252.17 | | | 11/05/24 | $635.88 | $287.34 | $308.64 | | | $1,252.17 | $1,859.38 |
| 10/01/24 | $1,252.17 | 11/14/24 | $1,252.17 | 11/15/24 | $637.93 | $285.29 | $308.64 | | | $1,252.17 | $607.21 |
| 11/01/24 | $1,252.17 | 11/27/24 | $1,252.17 | 11/29/24 | $639.99 | $283.23 | $308.64 | | | $1,252.17 | $1,859.38 |
| | | 12/10/24 | $626.09 | | | | | | | | $607.21 |
| 12/01/24 | $1,252.17 | 12/26/24 | $626.77 | 12/27/24 | $642.06 | $281.16 | $308.89 | | | $1,252.17 | $1,233.30 |
| | | | | | | | | | | | $607.21 |
| 01/01/25 | $1,252.17 | 02/20/25 | $1,252.17 | 02/21/25 | $644.13 | $279.09 | $328.95 | | | $1,252.17 | $1,860.07 |
| | | 03/04/25 | $626.50 | | | | | | | | $607.90 |
| 02/01/25 | $1,252.17 | 03/14/25 | $626.50 | 03/17/25 | $646.21 | $277.01 | $328.95 | | | $1,252.17 | $1,234.40 |
| | | 04/11/25 | $626.50 | | | | | | | | $608.73 |
| 03/01/25 | $1,252.17 | 04/24/25 | $626.50 | 04/24/25 | $648.30 | $274.92 | $328.95 | | | $1,252.17 | $1,235.23 |
| | | 05/22/25 | $626.50 | | | | | | | | $609.56 |
| 04/01/25 | $1,252.17 | 06/04/25 | $626.50 | 06/04/25 | $654.60 | $268.62 | $328.95 | | | $1,252.17 | $1,236.06 |
| | | 06/20/25 | $630.00 | | | | | | | | $610.39 |
| 05/01/25 | $1,252.17 | 07/18/25 | $625.00 | 07/18/25 | $656.71 | $266.51 | $328.95 | | | $1,252.17 | $1,240.39 |
| | | 08/07/25 | $645.00 | | | | | | | | $613.22 |
| 06/01/25 | $1,285.33 | | | | | | | | | | $1,258.22 |
| 07/01/25 | $1,285.33 | | | | | | | | | | |
| 08/01/25 | $1,285.33 | | | | | | | | | | |
| Totals | $17,629.86 | | $15,032.09 | | $7,071.43 | $3,083.99 | $3,496.84 | $0.00 | $0.00 | $13,773.87 | |