United States Bankruptcy Court

Eastern District of Pennsylvania

In re:     Case No. 24-12152-amc
Selma E. Garrett     Chapter 13
     Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: admin    Page 1 of 4
Date Rcvd: Sep 26, 2025    Form ID: pdf900    Total Noticed: 52

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

^    Addresses marked '^' were sent via mandatory electronic bankruptcy noticing pursuant to Fed. R. Bank. P. 9036.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Sep 28, 2025:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db | | Selma E. Garrett, 7317 Malvern Avenue, Philadelphia, PA 19151-2210 |
| 14914653 | + | Ardent Credit Union, c/o Christopher A. DeNardo, Esq., 985 Old Eagle School Road, Suite 514, Wayne, PA 19087-1712 |
| 14900124 | | Hilton Resorts Corp, Attn: Bankruptcy, 2711 Centerville Rd, Wilmington, DE 19808-1660 |
| 14900126 | | Pennsylvania Attorney General, 16th Floor, Strawberry Square, Harrisburg, PA 17120-0001 |
| 14900130 | | Philadelphia Municipal Court, Traffic Division, 800 Spring Garden St, Philadelphia, PA 19123-2616 |
| 14900132 | + | Sb1 Federal Credit Unio, 1601 Cherry St, Philadelphia, PA 19102-1320 |
| 14902091 | + | Wells Fargo Bank, N.A., C/O Mario Hanyon, Esq, 3825 Forrestgate Dr., Winston-Salem, NC 27103-2930 |

TOTAL: 7

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|---|
| smg | | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| cr | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 27 2025 01:33:24 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, NC 28277-1581 |
| 14913338 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2025 00:47:09 | American Express National Bank, c/o Becket and Lee LLP, PO Box 3001, Malvern PA 19355-0701 |
| 14900111 | | Email/PDF: bncnotices@becket-lee.com | Sep 27 2025 01:02:51 | Amex, Correspondence/Bankruptcy, PO Box 981540, El Paso, TX 79998-1540 |
| 14913577 | + | Email/Text: membersolutions@ardentcu.org | Sep 27 2025 00:48:00 | Ardent Credit Union, 1601 Cherry St, Suite 2000, Philadelphia, PA 19102-1305 |
| 14900112 | | Email/Text: BarclaysBankDelaware@tsico.com | Sep 27 2025 00:48:00 | Barclays Bank, Attn: Bankruptcy, P.O. Box 8801, Wilmington, DE 19899-8801 |
| 14900118 | | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | City of Philadelphia, Municipal Services Building, 1401 John F Kennedy Blvd Fl 5, Philadelphia, PA 19102-1617 |
| 14926478 | | Email/Text: megan.harper@phila.gov | Sep 27 2025 00:48:00 | Water Revenue Bureau, c/o City of Philadelphia Law Department, Tax & Revenue Unit, Bankruptcy Group, MSB, 1401 John F. Kennedy Blvd., 5th Floor, Philadelphia, PA 191021595 |
| 14900113 | | Email/PDF: AIS.cocard.ebn@aisinfo.com | Sep 27 2025 01:01:36 | Capital One, Attn: Bankruptcy, PO Box 30285, Salt Lake City, UT 84130-0285 |
| 14900114 | + | Email/PDF: ais.chase.ebn@aisinfo.com | Sep 27 2025 00:47:07 | Chase Card Services, Attn: Bankruptcy P.O. 15298, Wilmington, DE 19850-5298 |
| 14900115 | | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2025 01:03:25 | Citibank, Citicorp Cr Srvs/Centralized |

Case 24-12152-amc    Doc 48    Filed 09/28/25    Entered 09/29/25 00:36:32    Desc Imaged
Certificate of Notice    Page 2 of 5

| District/off: 0313-2 | User: admin | Page 2 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 52 |

| ID | Method | Date/Time | Recipient |
|---|---|---|---|
| | | | Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900116 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2025 01:02:25 | Citibank/Best Buy, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900117 | Email/PDF: Citi.BNC.Correspondence@citi.com | Sep 27 2025 01:03:42 | Citibank/The Home Depot, Citicorp Cr Srvs/Centralized Bankruptcy, PO Box 790040, St Louis, MO 63179-0040 |
| 14900119 | Email/Text: bankruptcy@philapark.org | Sep 27 2025 00:49:00 | City of Philadelphia, Parking Violation Branch, PO Box 41819, Philadelphia, PA 19101-1819 |
| 14900120 | + Email/Text: BNC-ALLIANCE@QUANTUM3GROUP.COM | Sep 27 2025 00:48:00 | Comenity Capital Bank, Attn: Bankruptcy, 12921 S Vista Station Blvd, Draper, UT 84020-2377 |
| 14900121 | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:48:00 | Discover Financial, Attn: Bankruptcy, 2500 Lake Cook Rd, Riverwoods, IL 60015-3851 |
| 14904404 | Email/Text: mrdiscen@discover.com | Sep 27 2025 00:48:00 | Discover Bank, PO Box 3025, New Albany, OH 43054-3025 |
| 14900122 | ^ MEBN | Sep 27 2025 00:33:38 | Emblem Card, Attn: Bankruptcy, PO BOX 89210, Sioux Falls, SD 57109-9210 |
| 14900123 | + Email/Text: GSBankElectronicBankruptcyNotice@gs.com | Sep 27 2025 00:48:00 | Goldman Sachs Bank USA, Attn: Bankruptcy, 200 West St, New York, NY 10282-2198 |
| 14918375 | + Email/Text: bankruptcy@hgv.com | Sep 27 2025 00:48:00 | Hilton Resorts Corporation, 6355 Metrowest Blvd., Suite 180, ORLANDO, FL 32835-7606 |
| 14900125 | Email/Text: sbse.cio.bnc.mail@irs.gov | Sep 27 2025 00:48:00 | Internal Revenue Service, Centralized Insolvency Operation, PO Box 7346, Philadelphia, PA 19101-7346 |
| 14913506 | Email/Text: JCAP_BNC_Notices@jcap.com | Sep 27 2025 00:48:00 | Jefferson Capital Systems, LLC, PO Box 7999, St Cloud, MN 56302-9617 |
| 14916968 | + Email/Text: RASEBN@raslg.com | Sep 27 2025 00:48:00 | JPMorgan Chase Bank, N.A., s/b/m/t Chase Bank USA, N.A., c/o Robertson, Anschutz, Schneid,, Crane & Partners, PLLC, 6409 Congress Avenue, Suite 100, Boca Raton, FL 33487-2853 |
| 14919468 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 00:45:49 | LVNV Funding, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900129 | ^ MEBN | Sep 27 2025 00:33:26 | PGW, Legal - Bankruptcy Unit, 800 W. Montgomery Avenue Dept. 3rd Floor, Philadelphia, PA 19122-2806 |
| 14909901 | Email/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com | Sep 27 2025 00:45:45 | PORTFOLIO RECOVERY ASSOCIATES, LLC, POB 41067, Norfolk, VA 23541 |
| 14900127 | Email/Text: RVSVCBICNOTICE1@state.pa.us | Sep 27 2025 00:48:00 | Pennsylvania Department of Revenue, Bankruptcy Division, 1 Revenue Pl, Harrisburg, PA 17129-0001 |
| 14900128 | ^ MEBN | Sep 27 2025 00:33:41 | Pennsylvania Office of General Counsel, 333 Market St Fl 17, Harrisburg, PA 17101-2210 |
| 14900131 | Email/Text: bankruptcy@philapark.org | Sep 27 2025 00:49:00 | Philadelphia Parking Authority, Bankruptcy Department, 701 Market St, Philadelphia, PA 19106-1538 |
| 14913039 | Email/PDF: resurgentbknotifications@resurgent.com | Sep 27 2025 01:00:26 | Resurgent Receivables, LLC, Resurgent Capital Services, PO Box 10587, Greenville, SC 29603-0587 |
| 14900133 | Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 01:00:19 | Synchrony Bank/Lowes, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900134 | + Email/PDF: ais.sync.ebn@aisinfo.com | Sep 27 2025 00:47:00 | Synchrony Bank/TJX, Attn: Bankruptcy, PO Box 965060, Orlando, FL 32896-5060 |
| 14900135 | ^ MEBN | Sep 27 2025 00:33:32 | Telecom Self-reported, Po Box 4500, Allen, TX |

| | | | | |
|---|---|---|---|---|
| 14900136 | | Email/Text: usapae.bankruptcynotices@usdoj.gov | Sep 27 2025 00:48:00 | U.S. Attorney, Eastern District of Pa., 615 Chestnut St Ste 1250, Philadelphia, PA 19106-4404 |
| 14900137 | ^ | MEBN | Sep 27 2025 00:33:21 | U.S. Department of Justice, 950 Pennsylvania Ave NW, Washington, DC 20530-0009 |
| 14900138 | ^ | MEBN | Sep 27 2025 00:33:13 | Utility Self-reported, Po Box 4500, Allen, TX 75013-1311 |
| 14900139 | | Email/Text: wfmelectronicbankruptcynotifications@verizonwireless.com | Sep 27 2025 00:48:00 | Verizon Wireless, Attn: Bankruptcy Administration, 500 Technology Dr Ste 550, Saint Charles, MO 63304-2225 |
| 14900140 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 27 2025 01:03:36 | Wells Fargo Bank NA, Attn: Bankruptcy 1 Home Campus MAC X2303, Des Moines, IA 50328-0001 |
| 14902092 | + | Email/PDF: BankruptcynoticesExceptions@wellsfargo.com | Sep 27 2025 01:33:24 | Wells Fargo Bank, N.A., 11625 N. Community House Rd, Charlotte, North Carolina 28277-1581 |
| 14914866 | | Email/PDF: BankruptcynoticesCCSBKOperations@wellsfargo.com | Sep 27 2025 01:44:22 | Wells Fargo Bank, N.A., Wells Fargo Card Services, PO Box 10438, MAC F8235-02F, Des Moines, IA 50306-0438 |
| 14908762 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 27 2025 01:03:31 | Wells Fargo Bank, N.A., Atty: BK Dept. MAC# N9286-01Y, Default Document Processing, P.O. Box 1629, Minneapolis, MN 55440-1629 |
| 14900141 | + | Email/PDF: Bankruptcynoticesauto@wellsfargo.com | Sep 27 2025 01:03:25 | Wells Fargo Dealer Services, Attn: Bankruptcy 1100 Corporate Center D, Raleigh, NC 27607-5066 |
| 14900142 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 27 2025 01:03:25 | Wells Fargo Home Mortgage, Written Correspondence Resolutions, PO Box 10335, Des Moines, IA 50306-0335 |
| 14900143 | + | Email/PDF: Bankruptcynoticeshomelending@wellsfargo.com | Sep 27 2025 01:16:52 | Wells Fargo Personal Lines & Loan, Attn: Bankruptcy 1 Home Campus MACX2303, Des Moines, IA 50328-0001 |

TOTAL: 45

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 28, 2025     Signature:     /s/Gustava Winters

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on September 26, 2025 at the address(es) listed**

| District/off: 0313-2 | User: admin | Page 4 of 4 |
|---|---|---|
| Date Rcvd: Sep 26, 2025 | Form ID: pdf900 | Total Noticed: 52 |

below:

| Name | Email Address |
|---|---|
| ANDREW L. SPIVACK | on behalf of Creditor Wells Fargo Bank  N.A. andrew.spivack@brockandscott.com, wbecf@brockandscott.com |
| CHRISTOPHER A. DENARDO | on behalf of Creditor Ardent Credit Union logsecf@logs.com |
| MARIO J. HANYON | on behalf of Creditor Wells Fargo Bank  N.A. wbecf@brockandscott.com, mario.hanyon@brockandscott.com |
| MICHAEL A. CIBIK | on behalf of Debtor Selma E. Garrett help@cibiklaw.com noreply01@cibiklaw.com;noreply02@cibiklaw.com;noreply03@cibiklaw.com;noreply04@cibiklaw.com;noreply05@cibiklaw.com;cibiklawpc@jubileebk.net;cibiklaw@recap.email;ecf@casedriver.com |
| SCOTT F. WATERMAN [Chapter 13] | ECFMail@ReadingCh13.com |
| United States Trustee | USTPRegion03.PH.ECF@usdoj.gov |

TOTAL: 6

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| Selma E. Garrett,<br><br>　　　　　　　　　*Debtor*. | Case No. 24-12152-AMC<br>Chapter 13 |

### Order Granting Motion to Dismiss Chapter 13 Case

And now, after consideration of the Motion to Dismiss Case filed by Debtor Selma E. Garrett, with proper notice, the Court finds as follows:

A. This case has not been converted previously under 11 U.S.C. §§ 706, 1112, or 1208.

It is hereby **ORDERED** that:

1. The Motion is **GRANTED**.

2. This case is **DISMISSED**.

3. All wage orders are **VACATED**.

Date: Sept. 26, 2025

_____
Honorable Ashely M. Chan
Chief U.S. Bankruptcy Judge